# Third District Court of Appeal

## State of Florida

Opinion filed August 21, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-2104
Lower Tribunal No. 22-11188
_____

**Napiche 1961, LLC,**
Appellant,

vs.

**Citizens Property Insurance Corporation,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Pedro P. Echarte, Jr., Judge.

Shield Law Group of Florida, LLC, and Jamie Alvarez (Davie), for appellant.

Lydecker, Michelle Diverio, and Alejandro Sanchez Parraga, for appellee.

Before LOGUE, C.J., and FERNANDEZ and GORDO, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Perez v. Citizens Prop. Ins. Corp.</u>, 343 So. 3d 140 (Fla. 3d DCA 2022).